Eva M. Weiler (SBN: 233942)
eweiler@shb.com
Matthew J. Vanis (SBN: 210706)
mvanis@shb.com
SHOOK, HARDY & BACON LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant
Boston Scientific Corporation


Alan S. Lazar (SBN: 125820)
alazar@marlinsaltzman.com
Bradley R. Fagnani (SBN: 261330)
bfagnani@marlinsaltzman.com
MARLIN SALTZMAN LLP
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: 818-991-8080
Facsimile: 818-991-8081

Attorneys for Plaintiffs Josephine and Vincente Nieto

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE NIETO and VINCENTE NIETO, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | Case No. 1:19-cv-00588-AWI-SAB <br><br> **JOINT DISCOVERY STIPULATION AND ORDER THEREON** |

Plaintiffs Josephine and Vincente Nieto and defendant Boston Scientific Corporation, by and through their respective attorneys, hereby agree and stipulate as follows:

1. Additional fact discovery should be permitted, as the proposed discovery involves issues fundamental to the case, will expedite trial proceedings, and promote

judicial and party efficiency.  The parties have agreed upon the following supplemental discovery:

- Collection of updated medical records
- Deposition of Dr. Richard Fightlin

2. The supplemental discovery shall be completed by November 22, 2019. Any discovery-related motions shall also be filed by November 22, 2019.

3. The parties agree that the opening of fact discovery is expressly limited in scope and time as outlined above.

**IT IS SO STIPULATED.**

Dated: July 3, 2019          Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Matthew J. Vanis
        Eva M. Weiler
        Matthew J. Vanis
Attorneys for Defendant
Boston Scientific Corporation

Dated: July 3, 2019          Respectfully submitted,

MARLIN SALTZMAN L.L.P.

By: /s/ Alan S. Lazar
(as authorized on July 2, 2019)
        Alan S. Lazar
        Bradley R. Fagnani
Attorneys for Plaintiffs Josephine and Vincente Nieto

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: August 6, 2019          _____
                              SENIOR DISTRICT JUDGE