# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE NIETO, et al., | Case No. 1:19-cv-00588-AWI-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF THE COURT TO TERMINATE EVA M. WEILER AND MATTHEW J. VANIS AS ATTORNEY OF RECORD FOR DEFENDANT |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | (ECF No. 64) |

On October 17, 2019, Defendant Boston Scientific Corporation filed a substitution of attorney form indicating that Eva M. Weiler and Matthew J. Vannis are withdrawing from representing Defendant in this action. Defendant continues to be represented by Tarifa Belle Laddon and Theodore O'Riley. Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate Eva M. Weiler and Matthew J. Vanis as attorney of record for Defendant.

IT IS SO ORDERED.

Dated: __**October 18, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1